IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Lamberg, Mark A | Case Number: 08 B 06604 |
|---|---|---|
| | Lamberg, Cari E | Judge: Wedoff, Eugene R |
| | Printed: 10/29/08 | Filed: 3/20/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: October 22, 2008
Confirmed: May 15, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,068.00 |  |
| Secured: |  | 618.58 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,250.00 |
| Trustee Fee: |  | 199.42 |
| Other Funds: |  | 0.00 |
| Totals: | 3,068.00 | 3,068.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert N Honig | Administrative | 2,250.00 | 2,250.00 |
| 2. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 4,578.90 | 618.58 |
| 5. | Resurgent Capital Services | Unsecured | 3,591.37 | 0.00 |
| 6. | Alliant Credit Union | Unsecured | 2,121.37 | 0.00 |
| 7. | Discover Financial Services | Unsecured | 366.91 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 2,930.70 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 1,327.38 | 0.00 |
| 10. | American Express Centurion | Unsecured | 391.68 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 2,523.19 | 0.00 |
| 12. | Wells Fargo Financial Illinois Inc | Unsecured | 197.50 | 0.00 |
| 13. | Discover Financial Services | Unsecured | 2,074.90 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 221.50 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 2,123.45 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 1,561.62 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 4,898.93 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 1,177.47 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 904.25 | 0.00 |
| 20. | RoundUp Funding LLC | Unsecured | 1,188.95 | 0.00 |
| 21. | First Franklin Financial | Secured |  | No Claim Filed |
| 22. | Ditech | Unsecured |  | No Claim Filed |
|  |  |  | $ 34,430.07 | $ 2,868.58 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Lamberg, Mark A
Lamberg, Cari E
Printed: 10/29/08

Case Number:  08 B 06604
Judge:  Wedoff, Eugene R
Filed:  3/20/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 199.42 |
|  | $ 199.42 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

